FILED
Charlotte
Oct 01 2025
U.S. District Court
Western District of N.C.

REC'D USMS W/NC CLT
'25 SEP 19 AM 8:54

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>DONNELL WRIGHT MCCASKILL<br>*Defendant* | )<br>)<br>) Case No. 3:25-CR- 263-KDB<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DONNELL WRIGHT MCCASKILL,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Offenses Against the United States
18 U.S.C. § 1029(a)(1) - Producing, Using, and Trafficking in a Counterfeit Access Device
18 U.S.C. § 1028(a)(2) - Unlawful Transfer of a False Identification Document
18 U.S.C. § 1028A - Aggravated Identity Theft
18 U.S.C. § 2 - Aiding and Abetting Offenses Against the United States

Date: 9/18/25

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 9-19-25, and the person was arrested on *(date)* 9/30/2025
at *(city and state)* Charlotte, NC.

Date: 10/1/2025

*Arresting officer's signature*

Derrow Fisher Jr.
*Printed name and title*

Case 3:25-cr-00263-KDB-DCK    Document 5    Filed 10/01/25    Page 1 of 1